COMPLAINT BY AN INDIVIDUAL AND AS A FEDERAL PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1981, §1982, § 1983, § 1985, §1986, §1988 et seq.

Name  GILL    STEPHEN         Prisoner Number 94170198

Institutional Address TCI CAMP, P.O. BOX 7001, TAFT, CA 93268

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

E.D. TAFT

E-filing

BARBARA ANNE RILEY, (HUSBAND) "pro se" )
STEPHEN GILL     "pro se"    )
         Plaintiffs    ) Case No.
                        )
VS                      )  CV 09    5072
                        )
                        ) COMPLAINT UNDER THE
UNITED STATES OF AMERICA, "ITS AGENCIES," ) CIVIL RIGHTS ACT,
DEPARTMENT OF JUSTICE IOWA, OFFICERS AND  ) Title 42 U.S.C § 1983
EMPLOYEES: ACTING IN BOTH AN OFFICIAL     )        42 U.S.C § 1985
CAPACITY AND ACTING IN THEIR INDIVIDUAL   )        42 U.S.C § 1988
CAPACITY                                  )        42 U.S.C § 1982 et seq.
                                          )
OFFICE OF THE UNITED STATES ATTORNEY,     )
DES MOINES, IOWA:                         )
Matthew G. Whitaker U.S.ATTORNEY          )
                                          )  STEPHEN GILL
Kelly Mahoney Assistant U.S. Attorney     )  REG. # 94170198
                                          )  TAFT CORRECTIONAL
Andrew H. Kahl Assistant U.S. Attorney    )  INSTITUTION
                                          )  P.O. BOX 7001
STATE OF IOWA "ITS AGENCIES," STATE POLICE)  TAFT, CA 93266
STATE TROOPERS: ACTING IN BOTH AN OFFICIAL)
CAPACITY AND ACTING IN THEIR INDIVIDUAL   )
CAPACITY                                  )
                                          )
STATE TROOPER KENNETH WAYNE HAAS          )
IOWA STATE PROSECUTOR                     )
                                          )

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies.

[Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement Taft Correctioal Institution

B.  Is there a grievance procedure in this institution?

    YES (X)    NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?

    YES (X)    NO ( )

D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                    -1-

1. Informal appeal __United States Court of Appeals for the Eighth Circuit (06-3212)__

Date of Result: January 24, 2008

2. First formal level __United States of Appeals for the Eighth Circuit (06-3212)__

Petition for Rehearing and Rehearing Enbanc
Date of Result: May 20th 2008

3. Second formal level __Supreme Court of the United States (08-7213) Writ of Certiorari__

Date of Result: December 5th 2008

4. Third formal level __Supreme Court of the United States Petition for Rehearing of Writ__

Date of Result: PENDING

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (X)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why._____

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

STEPHEN GILL, REG.NO. 94170198, TCI CAMP, P.O. BOX 7001, TAFT, CA 93268

BARBARA ANNE RILEY, REG.NO. 94171198, FCC VICTORVILLE, P.O. BOX 5300, ADELANTO, CA, 92301

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

COMPLAINT                         - 2 -

II. Parties (continued)

    B.    Write the full name of each defendant, his or her official position, and his or her place of employment.

1. Matthew G. Whitaker    U.S. Attorney for State of Iowa
   U.S. Department of Justice

2. Kelly Mahoney    Assistant U.S. Attorney, Iowa
   U.S. Attorney Office Des Moines, Iowa

3. Andrew H. Kahl    Assistant U.S. Attorney, Iowa
   U.S. Attorney Office Des Moines, Iowa

4. Iowa State Prosecutor    State Office Des Moines, Iowa

5. Iowa State Police    Des Moines, Iowa Office

6. Iowa State Troopers    Des Moines, Iowa Office

7. Kenneth Wayne Haas    Iowa State Trooper
   State Trooper Office Des Moines, Iowa

COMPLAINT      -3-